IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| FREDDIE MORGAN | PLAINTIFF |
| vs. | CIVIL ACTION NO.: 5:24-cv-00059-DCB-BWR |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | DEFENDANT |

## ORDER GRANTING DEFENDANT'S MOTION TO FILE EXHIBIT UNDER SEAL

THIS MATTER is before the Court on the Motion to File Exhibit Under Seal [65] filed by Defendant Foremost Insurance Group. Prior to filing its Motion for Summary Judgment, Defendant filed the instant Motion [65] requesting leave to file Exhibit 15, the Affidavit of William Oswald, and Exhibit A, Foremost's Manufactured Home Program Guide, under seal. Defendant asserts that the documents contain confidential and propriety information. The motion is unopposed. *See* L.U. Civ. R. 7(b)(3)(E).

For good cause shown, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that:

Defendant's Motion to File Exhibit Under Seal [65] is GRANTED.

Defendant is granted leave to file Exhibit 15 and Exhibit A to its Motion for Summary Judgment under seal, with access limited to the parties only.

SO ORDERED this the  2nd  day of  May , 2025.

                                                s/David Bramlette
                                                David Bramlette
                                                United States District Judge